## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTRELL COOPER,

      Petitioner,

v.                                                              Case No. 22-CV-01357-SPM

ANTHONY WILLS,

      Respondent.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 25, 2024 (Doc. 10), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: January 25, 2024**

                                **MONICA A. STUMP,**
                                **Clerk of Court**

                                **By:** *s/ Jackie Muckensturm*
                                  **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**